UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 05-328 |
| : | |
| v. : | VIOLATIONS: 21 U.S.C. §846 |
| : | (Conspiracy to Distribute and Possess With |
| BURKE JOHNSON, : | Intent to Distribute Cocaine Base) |
| Defendant. : | |
| : | UNDER SEAL |

**FILED**
SEP 0 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RICHARD W. ROBERTS
A

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

From on or about sometime in 1985 to on or about March of 2005, within the District of Columbia and elsewhere, **BURKE JOHNSON,** did knowingly and willfully combine, conspire, confederate and agree with other persons both known and unknown to the government, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the amount of said mixture and substance was fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

(**Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base,** in violation of Title 21, United States Code, Section 846)

Rev. 1/18/05 daj

Case Related To   05-100

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

M. JEFFREY BEATRICE
Assistant United States Attorney
Bar Number MA 551-821
555 4th Street, N.W., Room 4108
Washington, DC 20530
(202) 353-8831

GLENN S. LEON
Assistant United States Attorney
555 4th Street, N.W., Room 4112
Washington, DC 20530
(202) 305-0174

Rev. 1/19/05 daj