UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-328 |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| BURKE JOHNSON, | : | Intent to Distribute Cocaine Base) |
| Defendant. | : | |
| | : | UNDER SEAL |

FILED
SEP 0 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PROFFER OF EVIDENCE

If this case were to go to trial, the government's evidence would establish beyond a reasonable doubt:

1. From on or about 1988 and continuing up to on or about March 2005, within the District of Columbia, the defendant, BURKE JOHNSON, knowingly and intentionally conspired and agreed with a number of persons known and unknown to the government, to distribute and possess with intent to distribute a mixture and substance containing fifty (50) grams or more of cocaine base, commonly known as crack cocaine.

2. It was a principal goal of the conspiracy that, in order to obtain as much money and other things of value as possible, the leaders, members and associates of the conspiracy, including JOHNSON, acquired cocaine base, also known as crack cocaine, which they distributed in the District of Columbia and elsewhere. It was a further goal of the conspiracy to create, maintain and control a market place for the distribution of its controlled substances.

3. During the course of the conspiracy, and to effect its object, JOHNSON did commit, among others, the following overt acts: Beginning in on or about 1988 and continuing through approximately June of 1995, JOHNSON was supplied with quantities of cocaine and cocaine base,

Rev. 1/18/05 daj

also known as crack cocaine, from the following individuals: individuals known to JOHNSON as "Spriggs and George" (also known as "The Miamis"), an individual known to JOHNSON as "Pablo" and Brian West (also known as "Turtle"). From on or about 1988 through on or about 1992, JOHNSON would regularly purchase three to four ounces of crack cocaine from "The Miamis" per week. From on or about 1992 through on or about June of 1995, JOHNSON would purchase approximately one to two ounces of crack cocaine from both "Pablo" and Brian West per week. JOHNSON would break down all of the crack cocaine he purchased from these suppliers and redistribute it in smaller amounts to co-conspirators, known and unknown to the government.

4   From on or about 1997 through and until on or about March 2005, JOHNSON was supplied with quantities of crack cocaine from the following individuals: Keith McGill, Keith Washington, "Pablo" and Sean Anderson. From on or about 1997 through on or about 1999, JOHNSON would usually purchase one to two ounces of crack cocaine from Keith McGill and Keith at least once a week. From on or about 1999 through on or about 2003, JOHNSON would usually purchase one or two ounces of crack cocaine every week from "Pablo." From on or about 2003 through on or about March of 2005, JOHNSON would usually purchase at least an ounce of crack cocaine every week from Sean Anderson. JOHNSON would break down all of the crack cocaine he purchased from these suppliers and redistributed it in smaller amounts to co-conspirators, known and unknown to the government.

5.   While JOHNSON was purchasing crack cocaine from "Pablo" from on or about 1999 through on or about 2003, JOHNSON would also purchase at least an ounce of crack cocaine from "Pablo" every month. JOHNSON would make these additional purchases for members of the conspiracy (or other drug dealers, or both) who did not have direct access to "Pablo." JOHNSON

Rev. 1/18/05 daj

would resell amounts of crack cocaine at the same price that he purchased them from "Pablo." JOHNSON served as middleman in this manner for, among other people, indicted co-conspirator David Wilson, also known as "Cool Wop."

6. During the course of the conspiracy, JOHNSON would also distribute large wholesale quantities of cocaine base (e.g. half ounces (14 grams), ounces (28 grams), thirty-one's (31 grams), sixty-two's (62 grams), and eighth's (125 grams) of crack cocaine) to other members of the conspiracy, known and unknown to the government, who then redistributed the cocaine base at the retail level to other sellers and users of cocaine base located primarily in the Congress Park neighborhood of Southeast, Washington, D.C. JOHNSON also distributed smaller – but still wholesale – quantities of cocaine base (e.g. eight balls (3.5 grams) and quarter ounces (7 grams)) to members of the conspiracy, both known and unknown to the government. Throughout his participation in the conspiracy, JOHNSON was responsible for the distribution of numerous kilograms of cocaine base (or crack cocaine) to other members of the conspiracy including but not limited to: ANTWAUN BALL, also known as "Twan" and "Big Ant", DAVID WILSON, also known as "Cool Wop", GREGORY BELL, also known as "Boy-Boy", JOSEPH LANGLEY, JASMINE BELL, also known as "Jazz", NEWETT FORD, PHIL WALLACE, also known as "Phil", DESMOND THURSTON, also known as "Dazz", and MARY McCLENDON, also known as "Nooney". These co-conspirators then redistributed the crack cocaine to other members of the conspiracy as well as to customers of the conspiracy, as well as other co-conspirators, known and unknown to the government.

### Limited Nature of Proffer

7. This proffer of evidence is not intended to constitute a complete statement of all facts

Rev. 1/18/05 daj

known by JOHNSON but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. JOHNSON has provided additional information about the conspiracy to the United States, which is not contained herein. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for defendant's plea of guilty to the charged conspiracy to distribute and possess with intent to distribute a mixture and substance containing one and one-half (1.5) kilograms or more of cocaine base, commonly known as crack cocaine.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar No. 451058


        _____
        M. JEFFREY BEATRICE
        Assistant United States Attorney
        Bar Number MA 551-821
        555 4th Street, N.W., Room 4108
        Washington, DC 20530
        (202) 353-8831


        _____
        GLENN S. LEON
        Assistant United States Attorney
        555 4th Street, N.W., Room 4112
        Washington, DC 20530
        (202) 305-0174

## DEFENDANT'S ACCEPTANCE

    I have read the Proffer of Evidence setting forth the facts as to my participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), and 846. I have discussed this proffer fully with my attorney, Thomas J. Saunders, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.


Date:_____          _____
                                      BURKE JOHNSON
                                      Defendant


## ATTORNEY'S ACKNOWLEDGMENT

    I have read each of the pages constituting the government's proffer of evidence as to my client's participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base and five (5) kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), and 846. I have reviewed the entire proffer with my client and have discussed it with him fully.


Date:_____          _____
                                      Thomas J. Saunders, Esquire
                                      Counsel for BURKE JOHNSON


Rev. 1/18/05 daj