CO-526
(12/86)



Ct Ex 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 05-328
)
Burke Johnson )
)

Seal

FILED
OCT 0 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Burke Johnson_
Defendant

_[signature]_
Counsel for defendant

I consent:

_[signature]_
United States Attorney

Approved:

_[signature]_
Judge