AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Burke Johnson | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 05-328 |

I, __Burke Johnsn__, the above named defendant, who is accused of

**FILED**
OCT 0 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/03/05__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Burke Johnson
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer