UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-328 (RWR) |
| | : | |
| v. | : | |
| | : | |
| BURKE JOHNSON, | : | UNDER SEAL |
| | : | |
| Defendant. | | |

## GOVERNMENT'S MOTION TO UNSEAL PLEA PROCEEDINGS

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the above-styled case be unsealed for the limited purpose of providing defense counsel with access to defendant Johnson's Brady and Giglio material. As grounds for this request, the government states that the defendant pled guilty before this Court on October 3, 2005. The defendant agreed to cooperate pursuant to his plea agreement fully executed on October 3, 2005. The case had been previously placed under seal by this Court on or about September 14, 2005. In connection with his obligations to cooperate with the Government, the defendant will testify before the Honorable Erik Christian, Associate Judge, Superior Court of the District of Columbia in the case of United States v. Delmar Whitley, F-7141-04. The defendant will be testifying regarding matters pertaining directly to his plea. Therefore, the Government needs to disclose to opposing counsel the details regarding the defendant's plea agreement and plea in this case.

WHEREFORE, the United States requests that this Court enter the attached Order unsealing this case for the limited purpose of his testimony in the above-referenced matter and that the case and plea proceedings remain otherwise sealed until further order of this Court; further, the government requests that the court reporter be authorized to provide the government with a copy of the plea proceeding transcript.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No.  451058


_____
M. JEFFREY BEATRICE
Assistant United States Attorney
Bar Number MA 551-821
555 4th Street, N.W., Room 4108
Washington, DC 20530
(202) 353-8831


_____
GLENN S. LEON
Assistant United States Attorney
New York Bar
555 4th Street, N.W., Room 4112
Washington, DC 20530
(202) 305-0174



## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing motion has been served, by mail, upon Thomas J. Saunders, Counsel for Defendant Burke Johnson, 3600 Clipper Mill Road, Suite 201, Baltimore, Maryland 21211 on this 15th day of October, 2005.



_____
Glenn S. Leon
Assistant U.S. Attorney