**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-328 (RWR) |
| v. | |
| BURKE JOHNSON, | <u>UNDER SEAL</u> |
| Defendant. | |

<u>ORDER</u>

The Court, upon motion of the government to unseal the above-styled case for the limited purpose of providing defense counsel with access to defendant Johnson's <u>Brady</u> and <u>Giglio</u> material for his testimony in D.C. Superior Court Case <u>United States v. Delmar Whitley</u>, Criminal No. F-7141-04, and finding it appropriate to do so, hereby ORDERS this 23rd day of November 2005, that this case be unsealed for the limited purpose mentioned.

It is further

ORDERED that the case and plea proceedings remain otherwise sealed until further order of this Court, and that the court reporter be authorized to provide the government with a copy of the plea proceeding transcript.

_[signature]_
RICHARD W. ROBERTS
United States District Judge

copies to:
Glenn Leon
Assistant U.S. Attorney
555 Fourth Street, NW, Rm. 4112
Washington, D.C. 20530

Thomas J. Saunders, Esquire
3600 Clipper Mill Road
Suite 201
Baltimore, MD 21211