UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
FEB 16 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. Cr.-05-328 |
| v. : : | VIOLATIONS: 21 U.S.C. §846 (Conspiracy to Distribute and Possess With |
| BURKE JOHNSON, Defendant : : | Intent to Distribute Cocaine Base) UNDER SEAL |

### ORDER

Based on the representations of the parties' joint status report, it is hereby

ORDERED that the parties file another joint status report by May 26, 2006, stating whether the defendant should be referred for a pre-sentence investigation and the matter be scheduled for sentencing, or whether a deadline should be set for filing another status report.

SIGNED this _15th_ day of _February_, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies:

Glenn S. Leon
Assistant United States Attorney
555 4th street, NW
Washington, DC 20530

Thomas J. Saunders, Esquire
3600 Clipper Mill Road, Suite 201
Baltimore, MD 21211