UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 1 0 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. Cr.-05-328 (RWR) |
| v. : | VIOLATIONS: 21 U.S.C. §846 (Conspiracy to Distribute and Possess With Intent to Distribute CocaineBase) |
| BURKE JOHNSON : | |
| Defendant. : | |
| : | UNDER SEAL |

### ORDER

Upon the Court's review of the Government's Motion for Leave to File Government's Unopposed Motion to Postpone Sentencing and Joint Status Report, and upon finding good cause shown, it is, hereby

ORDERED that the government's motion is granted *nunc pro tunc* and Government's Unopposed Motion to Postpone Sentencing and Joint Status Report may be filed by June 28, 2006.

Date: 7-7-06

_____
RICHARD W. ROBERTS
United States District Judge

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

Thomas Saunders, Esq.
10 N. Calvert Street, Suite 715
Baltimore, MD 21202