

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. Cr.-05-328 (RWR) |
| v. : | VIOLATIONS: 21 U.S.C. §846 (Conspiracy to Distribute and Possess With Intent to Distribute CocaineBase) |
| BURKE JOHNSON : | |
| Defendant. : | UNDER SEAL |

### ORDER

Based on the representations of the parties' joint status report, it is hereby

ORDERED that the parties file another joint status report by September 26, 2006, stating whether the defendant should be referred for a pre-sentence investigation and the matter be scheduled for sentencing, or whether a deadline should be set for filing another status report.

SIGNED this _7th_ day of _July_, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

Thomas Saunders, Esq.
10 N. Calvert Street, Suite 715
Baltimore, MD 21202