## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. Cr.-05-328 (RWR)** |
| | : | |
| **v.** | : | **VIOLATIONS: 21 U.S.C. §846** |
| | : | **(Conspiracy to Distribute and Possess With** |
| **BURKE JOHNSON** | : | **Intent to Distribute CocaineBase)** |
| | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | **UNDER SEAL** |

### JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his counsel, hereby submit this joint status report. The defendant continues to cooperate with the Government in its case. The Government expects that the defendant will provide trial testimony in connection with at least one other case. In addition, the defendant continues to provide information to the government which is assisting it in its investigation. The parties believe that additional time is needed for the defendant to complete his cooperation and would request that the case not be scheduled for sentencing at this time. The parties propose that they file another joint status report in approximately 90 days, by March 16, 2007, or earlier if appropriate. The attorney for the defendant, Thomas Saunders, has been advised of the contents of this joint status report and concurs with it.

Respectfully submitted on behalf of the parties,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610


_____
GLENN S. LEON
Assistant United States Attorney
New York Bar
555 4th Street, N.W., Room 4112
Washington, DC  20530
(202) 305-0174


_____
ANN PETALAS
Assistant United States Attorney
555 4th Street, N.W., Room 4211
Washington, DC  20530
(202) 307-0476


## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been sent by first class mail and facsimile (410-539-1492) to counsel for the defendant, Thomas J. Saunders, 10 N. Calvert Street,, Suite 715, Baltimore, MD 21202, this 8th day of December, 2006.


_____
Glenn S. Leon
Assistant United States Attorney