# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. Cr.-05-328 (RWR) |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| **BURKE JOHNSON** | : | Intent to Distribute Cocaine Base) |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | **UNDER SEAL** |

## ORDER

Upon the Court's review of the Government's Motion for Leave to File Government's Unopposed Motion to Postpone Sentencing and Joint Status Report, and upon finding good cause shown, it is, hereby

ORDERED that the government's motion is granted and Government's Unopposed Motion to Postpone Sentencing and Joint Status Report may be filed by September 5, 2007.

Date: _____

                                                                 RICHARD W. ROBERTS
                                                                 United States District Judge

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

Thomas J. Saunders
10 N. Calvert Street

Suite 715, Baltimore, MD 21202