**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA :** | **CRIMINAL NO. Cr.-05-328 (RWR)** |
| : | |
| **v.** : | **VIOLATIONS: 21 U.S.C. §846** |
| : | **(Conspiracy to Distribute and Possess With** |
| **BURKE JOHNSON** : | **Intent to Distribute CocaineBase)** |
| : | |
| : | |
| **Defendant.** : | |
| : | **UNDER SEAL** |

FILED

JAN 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon the Court's review of the Government's Unopposed Motion for Leave to Late File a

Joint Status Report, ~~and upon finding good cause shown~~, it is, hereby

ORDERED that the government's motion is granted *nunc pro tunc* and Government's Joint Status

Report may be filed by December 4th, 2007.

Date: _1-4-08_

_____
RICHARD W. ROBERTS
United States District Judge

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

Thomas J. Saunders
10 N. Calvert Street
Suite 715, Baltimore, MD 21202