UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. Cr.-05-328 (RWR) |
| v. : | VIOLATIONS: 21 U.S.C. §846 |
|   : | (Conspiracy to Distribute and Possess With |
| BURKE JOHNSON : | Intent to Distribute CocaineBase) |
|   : | |
| Defendant. : | |
|   : | UNDER SEAL |

FILED
JAN 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Based on the representations of the parties' joint status report, it is hereby

ORDERED that the United States Probation Office be directed to prepare a Presentence Investigation Report for the defendant in this case; and it is

FURTHER ORDERED that sentencing in this case be scheduled for the __4th__ day of __April__, 2008 at __11:30__ a.m./~~p.m.~~ and all sentencing memoranda and motions are filed by the __28th__ day of __March__, 2008.

SIGNED this __4th__ day of __January__, 2008.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, NW
Washington, DC  20530

Thomas Saunders, Esq.
10 N. Calvert Street, Suite 715
Baltimore, MD  21202